IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| CEDRIC JONES, | : | |
| Plaintiff, | : : : | |
| V. | : : | NO. 7:21-cv-00095-WLS-TQL |
| THOMAS COUNTY DETENTION CENTER, *et al.*, | : : | |
| Defendants. | : : : | |

### ORDER TO SHOW CAUSE

Plaintiff Cedric Jones, a pretrial detainee in the Thomas County Jail in Thomasville, Georgia, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion for leave to proceed without prepayment of the filing fee or security therefor pursuant to 28 U.S.C. § 1915(a).  Compl., ECF No. 1; Mot. for Leave to Proceed *In Forma Pauperis*, ECF No. 2.  Plaintiff's motion to proceed *in forma pauperis* was previously granted, and Plaintiff was ordered to pay an initial partial filing fee of $30.75.  Order, ECF No. 4. Plaintiff was given twenty-one days to pay the initial partial filing fee and was cautioned that his failure to do so could result in the dismissal of this action.  *Id.*

More than twenty-one days passed following entry of the order to pay the initial filing fee, and Plaintiff did not pay the initial partial filing fee or otherwise respond to that order.  As a result, Plaintiff was ordered to respond and show cause to the Court why this case should not be dismissed for failure to pay the initial partial filing fee.  Order to Show Cause, ECF No. 6.  Plaintiff subsequently filed a response to the order to show cause, asserting that he never received the order to pay the initial partial filing fee.  Response,

ECF No. 7.

In light of Plaintiff's response, the Clerk was directed to forward Plaintiff a copy of the July 27, 2021, order directing Plaintiff to pay the initial partial filing fee (ECF No. 4), and Plaintiff was given an additional twenty-one days to pay the initial partial filing fee in accordance with the instructions set forth in that order.  Order, ECF No. 8.  Plaintiff was also cautioned that his failure to fully and timely comply with these orders could result in the dismissal of this action.  *Id.*

More than twenty-one days have passed since the order to pay the initial partial filing fee was forwarded to Plaintiff, and Plaintiff again has not paid the initial partial filing fee or otherwise responded to that order.  Therefore, if he wants to proceed with this action, Plaintiff is again **ORDERED** to **RESPOND and SHOW CAUSE** to the Court why this case should not be dismissed based on Plaintiff's failure to pay the initial partial filing fee.  Plaintiff shall have **TWENTY-ONE (21) DAYS** to respond to this order.  Plaintiff's failure to fully and timely respond will result in the dismissal of this action.

There shall be no service in this case pending further order of the Court.

**SO ORDERED**, this 15th day of November, 2021.

s/ ***THOMAS Q. LANGSTAFF***
United States Magistrate Judge

2