IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CEDRIC JONES, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-CV-95(WLS) |
| | * |
| THOMAS COUNTY DETENTION CENTER, et al., | |
| | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 28, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 28th day of December, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk